FILED
2020 FEB -6 PM 3: 36
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA ex rel.
CHARLES HURLEY,

    Plaintiffs-Relators,

v.

MOTIVATIONAL COACHES OF
AMERICA, INC.; WENTWORTH
HAMPSHIRE, INC; JULIO AVAEL,
an individual: and CHARITY SAVAGE,
an individual,

    Defendants.
_____/

Case No. 8:18-CV-1304-T-17AAS
FILED UNDER SEAL

## STATE OF FLORIDA'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1. The State of Florida hereby notifies the Court of its decision not to intervene in this action. Relators filed this action under the Federal False Claims Act, 31 U.S.C. §3729 *et seq.* and the Florida False Claims Act, Fla. Stat. §68.081 *et seq.*

2. Pursuant to Fla. Stat. §68.084, a relator is permitted to maintain an action on behalf of the state after it has declined to intervene.

3. In the event that relators file a Motion for Voluntary Dismissal Without Prejudice as to the State of Florida but With Prejudice as to Relator, the state of Florida consents to such a voluntary dismissal requested by the relators.

4. The state of Florida reserves the right to request copies of orders, including opinions issued by the Court. The state of Florida additionally reserves the right to order any deposition transcripts, to move to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claims.

5. The state of Florida requests that this Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice be unsealed to the public, along with the Court's Order on this Declination, upon unsealing of the complaint by Court Order.

A proposed Order accompanies this Notice.

Dated: February 6, 2020

Respectfully Submitted,

ASHLEY MOODY

Attorney General of the State of Florida

By: _____

JILL BENNETT
Assistant Attorney General
Florida Bar No: 0108812
Office of the Attorney General
Medicaid Fraud Control Unit
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: 850-414-3913
Facsimile: 850-410-0179
Jill.Bennett@myfloridalegal.com

ATTORNEY FOR THE STATE OF FLORIDA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2020, a true and correct copy of the foregoing has been served via electronic transmission to the following representative of the United States and via U.S. Mail to Relator's counsel of record.

Christopher J. Emden
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Scott L. Terry
Wolfgang M. Florin
Florin Gray Bouzas Owens, LLC
16524 Pointe Ville Drive, Suite 100
Lutz, FL 33558

Jill Bennett
Assistant Attorney General