UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2020 FEB -6 PM 4:16
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA,
STATE OF FLORIDA,
*ex rel.* CHARLES HURLEY,

    Plaintiff,

v.

MOTIVATIONAL COACHES
OF AMERICA, INC.;
WENTWORTH HAMPSHIRE, INC.;
JULIO AVAEL, an individual; and
CHARITY SAVAGE, an individual,

    Defendants.
_____/

Case No. 8:18-cv-1304-T-36AAS

**EX PARTE**
**FILE UNDER SEAL**
**[31 U.S.C. § 3730(b)(2)]**

## THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, the State of Florida's *Notice of Non-Intervention*, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: February 6, 2020					Respectfully Submitted,

									MARIA CHAPA LOPEZ
									United States Attorney


									_____
									CHRISTOPHER J. EMDEN
									Assistant United States Attorney
									USA No. 158
									400 North Tampa Street, Suite 3200
									Tampa, FL 33602
									Tel: (813) 274-6000
									Fax: (813) 274-6200
									Christopher.Emden@usdoj.gov

									*Attorney for the United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of February, 2020, I caused the *United States' Notice of Election to Decline Intervention* and accompanying proposed Order, to be served by first class mail, postage pre-paid, on the following counsel of record:

Scott L. Terry
Wolfgang M. Florin
Florin Gray Bouzas Owens, LLC
16524 Pointe Ville Drive, Suite 100
Lutz, Florida 33558

*Attorney for the Relator*

_____
CHRISTOPHER J. EMDEN
Assistant United States Attorney