IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA ex rel.
CHARLES HURLEY,

    Plaintiffs-Relators,

v.

MOTIVATIONAL COACHES OF
AMERICA, INC.; WENTWORTH
HAMPSHIRE, INC; JULIO AVAEL,
an individual: and CHARITY SAVAGE,
an individual,

    Defendants.
_____/

Case No. 8:18-CV-1304-T-17AAS
FILED UNDER SEAL

## ORDER

THIS CAUSE comes before the Court related to the state of Florida's Notice of Election to Decline Intervention. The state of Florida has notified the Court of its decision to decline to intervene in this action pursuant to the Florida False Claims Act, Fla. Stat. §68.081 *et seq.*, which is analogous to the Federal False Claims Act, 31 U.S.C. §3729 *et seq.*, and made certain requests related to the declination decision.

Based upon consideration of the requests set forth in the Notice, IT IS ORDERED that:

1.    The state of Florida has notified the Court that it consents to a voluntary dismissal without prejudice as to the State of Florida but With prejudice as to Relator should such a request be made by Relator in the future.

2. The state of Florida shall receive, upon request, all orders, including opinions, filed in this action, and any notices of appeal;

3. The state of Florida may order any deposition transcripts and move to intervene in this action for good cause at a later date;

4. The CLERK is directed to unseal the State of Florida's Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice as to the State of Florida but With Prejudice as to Relator and this Order, upon unsealing of the complaint by Court Order.

DONE and ORDERED in Chambers in Tampa, Florida, this 14 day of February, 2020.

cc: Counsel of Record

*Charlene Edwards Honeywell*
~~ELIZABETH A. KOVACHEVICH~~
UNITED STATES DISTRICT JUDGE